**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  May 26, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 10-cv-00943-RPM

SHELBI FREDERICS,                                                            Molly L. Greenblatt

      Plaintiff,

v.

ALL-4-FUN, L.L.C., and                                         James L. Pagano, Jr.
ALL-4-FUN, L.L.C. d/b/a ALL-4-FN DENVER, L.L.C.,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motions to Compel**

**9:56 a.m.**        **Court in session.**

Benjamin Sachs (appellate counsel) present with Ms. Greenblatt.

Court's preliminary remarks.

9:59 a.m.        Argument by Ms. Greenblatt

**ORDERED:**    **Defendants' Motion to Compel Independent Medical Examination Of The Plaintiff, filed March 31, 2011 [17], is granted (no nurse and or note taking).**

10:07 a.m.      Argument by Mr. Pagano.

**ORDERED:**    **Defendants' Motion to Compel Production of Documents Withheld By Plaintiff Under Claim of Privilege, filed March 30, 2011 [15}, is denied.**

Discussion regarding scheduling.

**ORDERED:**    **Pretrial conference scheduled August 26, 2011 at 2:00 p.m.**

**10:12 a.m.**      **Court in recess.**

Hearing concluded.  Total time:  16 min.