IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00943-RPM

SHELBI FREDERICS,

      Plaintiff,

v.

ALL-4-FUN, L.L.C., and
ALL-4-FUN, L.L.C. d/b/a ALL-4-FN DENVER, L.L.C.,

      Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      Pursuant to the hearing held on May 26, 2011, it is

      ORDERED that a pretrial conference is scheduled for **August 26, 2011, at 2:00**

**p.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with

the Instructions for Preparation and Submission of Final Pretrial Order which may be

found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial

Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.**

on **August 18, 2011.**  The conference is conducted with lead counsel present in person.

No parties or representatives of parties will be permitted to attend.

      DATED:   May 27th, 2010

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior District Judge