IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00943-RPM

SHELBI FREDERICS,

      Plaintiff,

v.

ALL-4-FUN, L.L.C., and
ALL-4-FUN, L.L.C. d/b/a ALL-4-FN DENVER, L.L.C.,

      Defendants.

_____

ORDER GRANTING MOTION TO WITHDRAW FIRST SET OF DISCOVERY
_____

      Upon review of Plaintiff's Motion for Withdrawal of Plaintiff's First Set of

Discovery to Defendants [34] filed August 4, 2011, it is

      ORDERED that the motion is granted.

      DATED:   August 5th , 2011

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____

                          Richard P. Matsch, Senior District Judge