IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00943-RPM

SHELBI FREDERICS,

      Plaintiff,

v.

ALL-4-FUN, L.L.C., and
ALL-4-FUN, L.L.C. d/b/a ALL-4-FN DENVER, L.L.C.,

      Defendants.

## ORDER SETTING TRIAL DATE

Pursuant to the pretrial conference held on August 26, 2011, it is

ORDERED that this matter is set for trial to jury on **January 9, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED:  August 29th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge