IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00943-RPM

SHELBI FREDERICS,

     Plaintiff,

v.

ALL-4-FUN, L.L.C., and
ALL-4-FUN, L.L.C. d/b/a ALL-4-FN DENVER, L.L.C.,

     Defendants.

___

ORDER GRANTING MOTION TO AMEND WITNESS AND EXHIBIT LISTS

___

     Upon review of Defendant's Unopposed Motion to Amend Defendnt's Expert May-Call Witness and Exhibit Lists [49] filed October 27, 2011, it is

     ORDERED that the motion is granted and the witness and exhibit lists attached thereto are accepted for filing

     DATED:   October 28th, 2011

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge