IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00943-RPM

SHELBI FREDERICS,

    Plaintiff,

v.

ALL-4-FUN, L.L.C., and
ALL-4-FUN, L.L.C. d/b/a ALL-4-FN DENVER, L.L.C.,

    Defendants.

---

ORDER GRANTING MOTION TO AMEND WITNESS AND EXHIBIT LISTS

---

    Upon review of Defendant's Unopposed Motion to Amend Defendnt's Expert May-Call Witness and Exhibit Lists [49] filed October 27, 2011, it is

    ORDERED that the motion is granted and the witness and exhibit lists attached thereto are accepted for filing

    DATED:   October 28th, 2011

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge