IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 2010-CV-00943-RPM

SHELBI FREDERICS,

    Plaintiff,

v.

ALL-4-FUN, L.L.C., a Texas Limited Liability Company.

    Defendant.

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court, the Court having received and reviewed the parties' Stipulation of Dismissal with Prejudice and the file, having considered said Stipulation and being fully advised in the premises, the Court hereby

**ORDERS** that said Stipulation is GRANTED.  This case is dismissed with prejudice and all parties are to pay their own attorneys' fees, court costs and any other costs associated with the above-captioned action.

**DATED** this 29th day of November, 2011.

                          BY THE COURT:

                          s/Richard P. Matsch

                          Senior District Court Judge
                          Richard P. Matsch

00571283